UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEE PAUL DAVIS,

        Plaintiff,

v.                              Case No. 3:05-cv-321-J-99HTS

R. SOLORZANO,

        Defendant.

_____

## ORDER

Plaintiff's September 15, 2005, "Rehearing for Order Den[y]ing Temporary Emergency Injunction" (Doc. #18) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 9/22
c:
Lee Paul Davis
Assistant Attorney General Wendy Benner-Leon